NYT CABLE TV v. HOMESTEAD AT MANSFIELD, INC. AND
NEW JERSEY BOARD OF PUBLIC UTILITIES.

April 28, 1987.

Petition for certification granted.   (See 214 *N.J.Super.* 148)

IN THE MATTER OF THE APPLICATION OF TKR CABLE COMPA-
NY FOR ACCESS TO PREMISES. KNOWN AS SOCIETY HILL
AT PISCATAWAY PURSUANT TO *N.J.S.A.* 48:5A–49 AND *N.J.
A.C.* 14:18–3.10(C)(1).

April 28, 1987.

Petitions for certification granted.

STATE OF NEW JERSEY v. WALTER MCNEELY.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FLORENCE G. SHORTER.

April 28, 1987.

Petition for certification denied.